IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORA RAZO, : | |
| : | CIVIL ACTION NO. 02-CV-4269 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____     _____
Hope S. Freiwald                                              Aline Fairweather


_____     _____
Erin Brennan                                                     Kirstin J. Miller


                                DECHERT PRICE & RHOADS
                                4000 Bell Atlantic Tower
                                1717 Arch Street
                                Philadelphia, PA  19103-2793
                                (215) 994-4000